## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**Case No. 4:20-cv-80**

JOHN NICHOLS,

          Plaintiff,

vs.

CITIBANK,

          Defendant.

## NOTICE OF DISMISSAL

Now comes Plaintiff, John Nichols, by and through counsel undersigned, who gives Notice pursuant to Rule 41(A)(1) of the dismissal of this action without prejudice.

RESPECTFULLY SUBMITTED,

Dated: February 19, 2020

By: Beth Findsen
Beth Findsen
TX SBN 24002679
AZ SBN 023205
**Price Law Group, APC**
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
E: beth@pricelawgroup.com
*Attorneys for Plaintiff,*
*John Nichols*

1